**Ervin Sterling BROWN, Jr.,**
**Petitioner–Appellant,**

v.

**Rick THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

**No. 10–10514**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 17, 2010.

Ervin Sterling Brown, Jr., Houston, TX, pro se.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Ervin Sterling Brown, Jr., formerly Texas prisoner # 559314, moves for a certificate of appealability (COA) to appeal from the order of the district court denying his application for habeas corpus relief pursuant to 28 U.S.C. § 2254. Brown challenges a May 7, 2009, prison disciplinary hearing at which he was found guilty of extorting property from another prisoner. Brown also moves for appointment of counsel; that motion is denied.

Brown was released from prison after the district court denied his habeas application. He had served his 20–year sentence at the time of his release. His case no longer presents a case or controversy, and we lack jurisdiction to consider his appeal. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998).

APPEAL DISMISSED. COA DENIED. MOTION FOR APPOINTMENT OF COUNSEL DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.